*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 30, 1997

STATE OF CONNECTICUT *v.* MANUEL ABREU

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 756 (AC 15536), is denied.

*John Serrano,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 30, 1997

STATE OF CONNECTICUT *v.* ALLEN YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 925 (AC 15767), is denied.

*Lisa J. Steele,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 30, 1997

STATE OF CONNECTICUT *v.* MICHAEL HILTON

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 207 (AC 15845), is denied.

*Robert P. Pickering,* in support of the petition.